**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRIAN ROYSTER,**

        **Plaintiff,**

**-vs-**                                                                  Case No. **6:09-cv-17076-Orl-22DAB**

**ASTRAZENECA PHARMACEUTICALS
LP and ASTRAZENECA LP,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Motion to Withdraw as Counsel (Doc. 5) filed on May 7, 2009.

The United States Magistrate Judge has submitted a report recommending that the motion be denied, and further recommending that the case be dismissed with prejudice on June 25, 2009, in accordance with the Court's order of April 6, 2009 (Case No. 6:06-md-1769-Orl-22DAB, Doc. 1400), if Plaintiff fails timely to provide his completed Plaintiff Fact Sheet.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed May 15, 2009 (Doc. 7) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Withdraw as Counsel (Doc. 5) is **DENIED**. Plaintiff's case will be dismissed with prejudice by separate order if Plaintiff fails timely to provide his completed Plaintiff Fact Sheet and properly seek reinstatement of his case on or before June 25, 2009.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 11, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge